[No. 50578-5-I. Division One. April 26, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL LEE WILSON, ET AL., *Defendants*, JOHN FRANK VLAHOS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 02-1-00412-4, David A. Nichols, J., entered June 5, 2002. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Ellington, A.C.J., and Coleman, J.

[No. 51112-2-I. Division One. April 26, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ALONZO L. BRADLEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-00297-4, Jay V. White, J., entered September 13, 2002. *Affirmed* by unpublished per curiam opinion.

[Nos. 51747-3-I; 51984-1-I. Division One. April 26, 2004.]

NORTH PACIFIC INDUSTRIES, INC., *Appellant*, v. DHX, INC., *Respondent*.

Appeals from judgments of the Superior Court for King County, No. 01-2-28436-3, Suzanne M. Barnett, J., entered December 31, 2002 and December 19, 2003. *Affirmed in part* and *reversed in part* by unpublished opinion per Appelwick, J., concurred in by Coleman and Baker, JJ.

[No. 51843-7-I. Division One. April 26, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. WANDA LYNNE FUGUAY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-1-02215-9, Ronald L. Castleberry, J., entered January 31, 2003. *Affirmed* by unpublished per curiam opinion.